**Motion Granted; Order filed April 23, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00239-CR
_____

### LEON HARRISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 635921**

---

## ORDER

Appellant filed a motion to include the exhibits admitted at the hearing in the record on appeal. The motion is granted.

We order the official court reporter for the 230th District Court, to file the record of the hearing held in this case on September 24, 2012 **within 30 days** of the date of this order. If no hearing was held, the court reported is directed to file any exhibits that were considered by the trial court in issuing its order.

PER CURIAM